# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| ARLINE COHEN, | ) | |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | Civil No.  08-130-P-S |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 11) filed November 5, 2008, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Decision of the Commissioner is **VACATED** and the case is **REMANDED** for further proceedings.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

Dated this 25th day of November, 2008.