UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ARLINE COHEN, | ) | |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | Civil No. 08-130-P-S |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 21) filed September 28, 2009, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Award of Attorney Fees (Docket No. 19) is **GRANTED**, resulting in an attorney fee award pursuant to 42 U.S.C. § 406(b) of $8,000, subject to the return to the Plaintiff by her attorney of the amount of $2,720 in EAJA fees.

    /s/ George Z. Singal
United States District Judge

Dated this 19th day of October, 2009.